UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| YIN NANTE, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:25-CV-01473-ACL |
| | ) |
| CENTENE CORPORATION, et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Abbie Crites-Leoni to District Judge Henry Edward Autrey.

December 4, 2025                           *Nathan M. Graves*              /
Date                                         Clerk of Court

                               By:  /s/ Christy Hency              /
                                    CHRISTY HENCY
                                    Deputy Clerk


**In all future documents filed with the Court, please use the following case number: 4:25-CV-01473-HEA**