August 19, 2026

**Via ECF**
The Honorable Joshua M. Divine
United States District Judge
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102

Re: *Yin Nante v. London et al.*, No. 25-cv-01473-JMD

Dear Judge Divine:

Plaintiff Yin Nante ("Plaintiff"), defendants Sarah M. London, Andrew L. Asher, Jessica L. Blume, Kenneth A. Burdick, Christopher J. Coughlin, H. James Dallas, Wayne S. Deveydt, Frederick H. Eppinger, Monte E. Ford, Thomas R. Greco, Lori J. Robinson, Theodore R. Samuels, and Kenneth Y. Tanji, and nominal defendant Centene Corporation ("Centene") (collectively, the "Parties") respectfully submit this joint status letter in response to the Court's May 21, 2026 Order (Dkt. No. 14.)

On July 9, 2025, Brock Lunstrum filed a putative federal securities class action against Centene, Ms. London, and Mr. Asher in the Southern District of New York. *See Lunstrum v. Centene Corp. et al.*, No. 1:25-cv-05659-ALC (S.D.N.Y.) (the "Federal Securities Action"). In the Federal Securities Action, the court appointed Michael Lehiani as lead plaintiff on August 11, 2026. The Court further ordered the parties to submit a joint status report by August 25, 2026 regarding the lead plaintiff's intent to amend the complaint, the defendants' anticipated response to the operative complaint, and an outline of a proposed briefing schedule. (Federal Securities Action Dkt. No. 38.)

Plaintiff filed the instant shareholder derivative action on September 30, 2025. (Dkt. No. 1.) On May 21, 2026, the Court granted the Parties' Stipulated Motion and Proposed Order Staying Action, in which the Parties agreed that a stay was warranted given the likelihood that the "outcome of the anticipated motion to dismiss the Federal Securities Action may help inform whether [this action] will proceed, and, if so, how." (*See* Dkt. No. 8 at ¶ 4.) The reasons underlying the Parties' stipulation to temporarily stay this action pending the resolution of a motion to dismiss in the Federal Securities Action—including efficiency, effective case management, and the conservation of judicial and litigant resources (*id.* at ¶ 6)—apply to the same extent today.

Accordingly, the Parties jointly and respectfully request that the Court maintain the stay originally ordered on May 21, 2026. The Parties will provide an additional joint status update in 90 days. If Your Honor has any questions or requires further information, counsel for the Parties are available at the Court's convenience.

Respectfully submitted,

**WEHRLE LAW LLC**

*/s/ Christopher Wehrle*
J. Christopher Wehrle, Esq., 45592MO
2601 S. Hanley Road
St. Louis, Missouri 63144
Telephone: (314) 272-4113
Fax: (314) 272-4107
Email: chris@wehrlelaw.com

*Local Counsel for Plaintiff Yin Nante*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: philkim@rosenlegal.com

*Counsel for Plaintiff Yin Nante*

**DAVIS POLK & WARDWELL LLP**

*/s/ James Rouhandeh*
James P. Rouhandeh, #2211837NY
Antonio J. Perez-Marques, #4168571NY
Patrick W. Blakemore, #5140439NY
Marie Killmond, #5616222NY
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4835
Facsimile: (212) 701-5835
rouhandeh@davispolk.com
antonio.perez@davispolk.com
patrick.blakemore@davispolk.com
marie.killmond@davispolk.com

*Counsel for Defendants Sarah M. London, Andrew L. Asher, Jessica L. Blume, Kenneth A. Burdick, Christopher J. Coughlin, H. James Dallas, Wayne S. Deveydt, Frederick H. Eppinger, Monte E. Ford, Thomas R. Greco, Lori J. Robinson, Theodore R. Samuels, and Kenneth Y. Tanji, and Nominal Defendant Centene Corporation*

cc: All Counsel of Record (by CM/ECF)